GEORGE MILKS, JR., an Infant, etc., Plaintiff, v. ARTHUR PROSSER, Defendant. — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EBSARY GYPSUM CORPORATION, Respondent, v. STRUCTURAL GYPSUM CORPORATION, Appellant, Impleaded with Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MABELLE A. BOYCE and Another, Appellants, v. THE NORTHERN NEW YORK UTILITIES, INCORPORATED, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LESTER BLOODOUGH and Another, Appellants, v. JOHN BLOODOUGH and Others. Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JULIA HENRY, as Administratrix, etc., of MICHAEL GRIMES, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

D. M. THORNTON and Another, as Administrators Cum Testamento Annexo of T. S. SOUTHGATE, Deceased, Appellants, v. EBER BROTHERS & COMPANY, INCORPORATED, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THOMAS J. DECOURSEY, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SUSANNE M. MACY, Appellant, v. SYLVANUS J. MACY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WILLIAM M. FOLLETT, Appellant, v. WATER WORKS COMPANY OF SENECA FALLS and SENECA WATER COMPANY, INCORPORATED, Respondents.— Appeal dismissed, without costs, and undertaking canceled, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LEMMA, Appellant.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD TUCHOLKA, Appellant.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.